UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** <br> **ESTHER SALAS** <br> UNITED STATES DISTRICT JUDGE | **MARTIN LUTHER KING** <br> **COURTHOUSE** <br> 50 WALNUT ST. <br> ROOM 5076 <br> NEWARK, NJ 07101 <br> 973-297-4887 |

October 22, 2025

## LETTER ORDER

Re:   *Mouzone v. West Market Associations LLC, et al.*,
      Civil Action No. 25-6317 (ES) (JSA)

Dear Parties:

On February 5, 2025, Plaintiff Kassim Mouzone filed this matter in state court asserting numerous claims under federal and state law that stem from his encounter with McDonald's staff while fulfilling an Uber Eats order. (D.E. No. 1-1). On May 30, 2025, Defendant Stavi Corporation, improperly pled as West Market Associations LLC, removed the instant matter to this Court. (D.E. No. 1; D.E. No. 15). On June 5, 2025, Plaintiff filed a motion to remand this action to state court. (D.E. No. 5).

On October 6, 2025, the Honorable Jessica S. Allen, U.S.M.J., issued a report and recommendation, wherein Judge Allen recommended that Plaintiff's motion to remand be denied. (D.E. No. 30 ("Report and Recommendation" or "R&R")). To date, no party has filed any objections to Magistrate Judge Allen's R&R.

"[W]here no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes). Here, the Court independently reviewed the record and Magistrate Judge Allen's R&R without oral argument, *see* Fed. R. Civ. P. 78(b) and L. Civ. R. 78.1(b), and finds no clear error on the face of the record. Thus, having reviewed the parties' submissions and Magistrate Judge Allen's unopposed R&R, and for the reasons stated therein,

**IT IS** on this 22nd day of October 2025,

**ORDERED** that this Court **ADOPTS** Magistrate Judge Allen's unopposed Report and Recommendation (D.E. No. 30) in full as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Remand (D.E. No. 5) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Numbers 5 and 30; and it is further

**ORDERED** that in accordance with the Court's July 22, 2025 Text Order (D.E. No. 28), to the extent the parties wish to reinstate their prior motion to dismiss and motion for default judgment (D.E. Nos. 13 & 23), they shall file a new notice of motion cross-referencing the initial motion, or, alternatively, file a new motion and all corresponding briefs.  Plaintiff is reminded that he must obtain the Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) prior to renewing his motion for default judgment.

<u>s/ Esther Salas</u>
**Esther Salas, U.S.D.J.**